IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| **EUGENE WOJTCZAK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00987-RTR |
| | ) | |
| **CHASE BANK USA, N.A.,** | ) | **Hon. Rudolph T. Randa** |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Stipulation to Stay Proceedings filed by the Plaintiff on January 9th, 2007.

Having reviewed the Stipulation to Stay Proceedings, the Court now **GRANTS** the Stipulation to Stay Proceedings and orders that this action be stayed pending the ruling by the U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo,* 06-100, 127 S.Ct. 36, 165 L.Ed.2d 1014 (Sept. 26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, 127 S.Ct. 36, 165 L.Ed.2d 1014 (Sept. 26, 2006). This action shall proceed upon notification by the parties of the ruling in these matters. Upon the lifting of the stay, the Defendant shall have 30 days to answer or move in response to the Complaint.

**THEREFORE, IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco*. One or both of the parties shall provide notice to the Court by electronic filing promptly upon receipt of such ruling. Upon the lifting of the stay, the Defendant shall have 30 days to answer or move in response to the Complaint.

Dated at Milwaukee, Wisconsin, this 9th day of January, 2007.

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
UNITED STATES DISTRICT COURT