# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**EUGENE WOJTCZAK,**

        Plaintiff,

        V.                         CASE NUMBER: **06-C-987**

**CHASE BANK USA, N.A.,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion to dismiss plaintiff's complaint alleging a violation of the Fair Credit Reporting Act is GRANTED. This action is hereby DISMISSED.**

| | |
|---|---|
|    **November 28, 2007** |    **JON W. SANFILIPPO** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |